















CGL    8/17/04    15:25
3:02-CV-02028   MASTERSON MARKETING V. KSL RECREATION CORP
*133*
*NTCF.*

Grant G. Teeple, Esq.  (SB #144760)
Stephanie Chmura, Esq. (SB #220090)
GAGE TEEPLE, LLP
9255 Towne Centre Drive, Suite 500
San Diego, CA  92121
Telephone:  (858) 622-7878
Facsimile:  (858) 622-0411

Attorneys for Plaintiff

FILED

04 AUG 13 PM 4: 19

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASTERSON MARKETING, INC. a California Corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> KSL RECREATION CORPORATION, a Delaware Corporation; *et al.* <br> Defendants. | CASE NO: 02 CV 02028 K (LAB) <br><br> PLAINTIFF MASTERSON MARKETING, INC.'S DESIGNATION OF EXPERT WITNESS |

Plaintiff MASTERSON MARKETING, INC. hereby submits the following individual,

Jeff Sedlick as an expert witness.  Mr. Sedlick's address is 940 E. 2nd Street, Studio 8, Los

Angeles, CA 90012.

I, Grant G. Teeple, declare:

1. I am an attorney licensed to practice law in the State of California and a partner

   with the law firm of GAGE TEEPLE, LLP, counsel for Plaintiff Masterson

   Marketing, Inc.

-1-

2.      Mr. Sedlick has agreed to testify at trial.  Mr. Sedlick will be sufficiently familiar with the pending action to submit to a meaningful oral deposition concerning the specific testimony, including any opinion and its basis, that Mr. Sedlick is expected to give at trial.

Mr. Sedlick's telephone number is 213-626-3323, and his customary hourly rate is $650.00.  Mr. Sedlick is expected to testify about nature and use of photographs in commercial advertised setting, values and uses of stock photography, pricing for images used in commercial advertising, ordinary and customary limitations on scope of use of images and photos used in commercial advertising, appropriateness of fees for lost or unreturned images, range of appropriate fees for Internet and other unlimited uses of images.

I  declare under penalty of perjury that the foregoing is true and correct.  Execute this 13th day of August, 2004 in San Diego, California.

_____
Grant G. Teeple, Esq.

-2-

Designation of Expert Witness                    CASE NO: 02 CV 02028 K (LAB)

Grant G. Teeple, Esq. (SB #144760)
Stephanie Chmura, Esq. (SB #220090)
GAGE TEEPLE, LLP
9255 Towne Centre Drive, Suite 500
San Diego, CA 92121
Telephone: (858) 622-7878
Facsimile: (858) 622-0411

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASTERSON MARKETING, INC. a California Corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> KSL RECREATION CORPORATION, a Delaware Corporation; *et al*. <br> Defendants. | CASE NO: 02 CV 02028 K (LAB) <br><br> PLAINTIFF MASTERSON MARKETING, INC.'S DESIGNATION OF EXPERT WITNESS |

Plaintiff MASTERSON MARKETING, INC. hereby submits the following individual, Jeff Sedlick as an expert witness. Mr. Sedlick's address is 940 E. 2nd Street, Studio 8, Los Angeles, CA 90012.

I, Grant G. Teeple, declare:

1. I am an attorney licensed to practice law in the State of California and a partner with the law firm of GAGE TEEPLE, LLP, counsel for Plaintiff Masterson Marketing, Inc.

-1-




2.     Mr. Sedlick has agreed to testify at trial.  Mr. Sedlick will be sufficiently familiar with the pending action to submit to a meaningful oral deposition concerning the specific testimony, including any opinion and its basis, that Mr. Sedlick is expected to give at trial.

Mr. Sedlick's telephone number is 213-626-3323, and his customary hourly rate is $650.00.   Mr. Sedlick is expected to testify about nature and use of photographs in commercial advertised setting, values and uses of stock photography, pricing for images used in commercial advertising, ordinary and customary limitations on scope of use of images and photos used in commercial advertising, appropriateness of fees for lost or unreturned images, range of appropriate fees for Internet and other unlimited uses of images.

Mr. Sedlick's Curriculum Vitae is attached hereto as Exhibit "A".

I  declare under penalty of perjury that the foregoing is true and correct.  Execute this 13th day of August, 2004 in San Diego, California.

_____
Grant G. Teeple, Esq.

Designation of Expert Witness                                    CASE NO: 02 CV 02028 K (LAB)

Cage Teeple, LLP
9255 Towne Centre Drive, Suite 500
San Diego, CA 92121

EXHIBIT _____ A



# SEDLIK

**JEFF SEDLIK**

940 East Second Street, Suite 8, Los Angeles, California 90012
p 213 626 3323  fx 213 626 8129
js@sedlik.com

## Curriculum Vitae

Professional photographer, film-maker, educator, publisher and consultant. Served two years as National President of the Advertising Photographers of America. Currently serve as the APA's Chief Advisor on Licensing and Copyright. Extensive photographic industry contacts with manufacturers, distributors, suppliers and photographers.

Advises clients on photographic business practices, copyright and contract issues, photographic history, and both traditional and digital photographic techniques. Experienced and accomplished educator, mentoring students and emerging photographers in trade show seminars, workshops, college level courses at the Art Center College of Design.

## Professional Experience

### President & CEO, Sedlik Photography/Sedlik Productions, 1986 – Present

Current President & CEO of leading commercial photography and film production company. Producer, Director, Photographer, and Director of Photography, creating photography, film and video for advertising agencies, graphic design studios, the entertainment industry, and other clients. Launched and managed SedlikStock, a subsidiary dedicated to licensing existing Sedlik images for advertising, editorial and merchandizing usage via affiliates including stock photography agencies and publishers. Maintain relationships with major photography industry manufacturers, testing and demonstrating analog and digital equipment and software.

### Partial Client List

**Clients:** 3m, 20th Century Fox, A&E Television Network, ABR Information Services, Alpo, AmSouth Bank, Andazia, Inc, Arista Records, Association of Tennis Professionals, AT&T, Avery Dennison, Bank of America, Barrington Music Products, BBC,  Blue Cross, BMG/RCA Records, Bristol Myers Squibb, Buena Vista Pictures, Bureau of Census, CareAmerica, Chesebrough-Ponds, CBS/Sony Music, Cedars Sinai, Century 21, Cherokee, Columbia Pictures, Computer Associates, Concord Records, Conroy's Florist, Direct TV,

1



# SEDLIK

Disney, Doubleday, Dreyfus, Epson, Essilor, Farmer's Insurance, Federal Express, Fitzgerald-Hartley Co., Ford, Gannon/Hartley, Geffen Records, Georgia Pacific, Great Performances, Great Western Bank, GRP Records, GTE, Guinness Museum, Hanna-Barbera, Harcourt Publishers, Hopper Papers, Ikea, Infiniti Automobiles, Island Records, Janssen Pharmaceuticals, JVC Musical Industries, Kraft Food Products, Korg, Inc., LaFace Records, Laura Ashley, Levi Strauss, Mark Taper Forum, Missouri Historical Society, MCA Records, MCA International, Metro Goldwyn Mayer, Microsoft, Motion Picture & TV Fund, Movieland, MSN, MTM Entertainment, MTV Networks, Navisite, NBC Television, Neenah Paper, Nestle', New World Pictures, Nike, Pacific Bell, Palm Press, Paramount Pictures, Phillip Morris, Polygram Records, Pomegranate Books, Potlatch, Prentice-Hall, San Diego Zoo, Schering Plough, Signature Eyewear, Smithsonian Institution, Sony Inc., Southern Natural Gas, Spanish Tourism Office, Sugar Hill Records, Taco Bell, Telarc International, Toyota, Turner Broadcasting, U. C. Press, United Airlines, United Way, Universal Studios, VH-1, Warner Brothers Records, Web TV, Windham Hill Records, Word Records, World Savings, Yamaha, Zellerbach, Ziff-Davis, Zildjian

**Advertising Agencies & Design Firms:** Alan Sekuler & Associates, Asher Gould, BBDO, Robert A. Becker Advertising, Besser Josephs Partners, Bozell, Brierley & Partners, Brooks-Gruman Advertising, Campbell, Mithun, Esty, Cline, Davis, & Mann, Cross & Associates Design, Dailey & Associates, Davis, Elen, Daymark, DDB Needham, Worldwide, Deutsch, Douglas Oliver Design, DVC Marketing, DZN, The Design Group, East/West Network, Fitzgerald & Associates, FKQ Advertising, FP Horak Advertising, Foote, Cone, & Belding, Fraser Communications, GBF Ayer, Gene Davis Group, Goodby Silverstein, Grey Advertising, Harrison Design, Hill, Holliday, Hill & Knowlton, Huerta Design, Ikkanda Design, Interbrand, J. Walter Thompson, Kang & Lee, Kaufman/Stewart, Ketchum Advertising, Klemtner Advertising, Kovel Kresser, Kuester Group, Lehman Millet, Inc, Lintas Campbell Ewald, Mangos, Marathon Communications, Mediatrix, Melia Design Group, Ogilvy & Mather, OZ Advertising, Phillips Ramsey, Pool Communications, Poppe-Tyson, Potter Katz & Partners, John Ryan Company, Saatchi & Saatchi, Schell-Mullaney Advertising, Seineger Advertising, Slaughter Hanson, SmithKlein Beecham, Strike Group, Team One Advertising, Team Creatif, Torre Lazur, Tracy-Locke, Tribe Design, Vrontikis Design, White Rhino Advertising, Young & Rubicam

**Editorial:** American Film, Arts & Entertainment, CD Review, Cosmopolitan, Details, Downbeat, Elle, Entertainment Weekly, Glamour, GuestInformant, Imperial Press, In Focus, Interiors & Sources, Jazziz, Jazz Times, Life, Los Angeles, Los Angeles Times Magazine, Mirabella, Music Connection, Newsweek, Photo District News, People, Premiere, Pulse, Q Magazine, Rolling Stone, Select, Spin, Time-Life

2



# SEDLIK

## Other Professional Experience

**President & CEO, Mason Editions,** 1994-Present
Founded Mason Editions in 1994, a publishing company specializing in high quality lithographic reproductions of photographs.

**Consultant**
2000-Present
Consult with artists, attorneys and other interested parties on legal, business and technical matters related to photography.

**Advisory Board Member, WorkbookStock,** 2000-Present
Serve on the advisory board of WorkbookStock, a leading stock photography agency. Consult on the development of a photographer-friendly contract, copyright registration procedures, and web interface.

**Advisory Board Member, Exactly Vertical,** 1998-2000
Served on the advisory board of Exactly Vertical, a company offering interactive business management solutions for photographers. Consulted on issues including web interface, software design, copyright registration, merchandizing, stock licensing, photographers' work flow, and branding.

**Founder, Digital Technology Advisory Council,** 2002
Founded an Advisory Council comprised of high level representatives from each of the leading photography industry manufacturers.

## Awards & Recognition

**Mamiya Award of Excellence in Photo Education,** 1999
Recognized as a leading arts educator. Selected from all college-level photography instructors, nationwide.

**Print's Regional Design Annual: Award of Excellence,** 1999

**Ozzie Awards: Silver Ozzie for Best Photography,** 1999

**Art Directors Club: Excellence in Photography,** 1999

**Art Directors Club: Excellence in Photography,** 1999

3



# SEDLIK

**The Clio Awards: Silver Clio, Director of Photography, Internet Rich Media Advertising**, 1999

**PDN/Nikon Award of Excellence in Self Promotion**, 1998

**Advertising Photographers of America: Best In Show**, 1998

**Communication Arts Award of Excellence in Editorial Photography**, 1998

**The One Show Award for Excellence in Advertising**, 1997

**Communication Arts Award of Excellence, Unpublished Work**, 1997

**Communication Arts Award of Excellence in Self Promotion**, 1996

**Communication Arts Award of Excellence in Advertising Photography**, 1994

**Communication Arts Award of Excellence, Book Series**, 1993

**Art Direction Magazine Creativity Award**, 1992

**Communication Arts Award of Excellence in Editorial Photography**, 1992

**Communication Arts Award of Excellence in Advertising Photography**, 1991

**Communication Arts Award of Excellence in Editorial Photography**, 1990

**Art Direction Magazine: Creativity Award**, 1990

**Kodak/Scholastic Scholarship Award: Outstanding Student Portfolio**, 1980

## Gallery Exhibitions

**Vultus**
New Portrait work
AZ Gallery, Los Angeles, 2002

**Miles Davis Retrospective**
Portraits of Miles Davis
Museum of History, St. Louis, Missouri, 2001

**Definitive Images**
The Jazz Gallery, Tribeca, New York, 1999

4



# SEDLIK

**The Jazz Image**
Portraits from the Jazz & Blues Masters Series
Kimball's Gallery, San Francisco, 1996

**The Jazz & Blues Masters**
Portraits from the series
Verve Gallery, Los Angeles, 1994

## Articles Authored

**Photo District News,**
Regular Contributor to Photo District News, the photography industry's primary trade publication. Authored the "Ask The Expert" column, writing on subjects of business management, licensing, copyright, and creativity.

**In Focus**
Contributor to In Focus Magazine, the magazine of the Advertising Photographers of America, writing on subjects including business management, industry trends, protecting the value of photography, licensing, copyright, creativity.

**Wraparound**
Regular Contributor to Wraparound Magazine, writing on legal and business topics.

**APA/LA NewsMagazine**
Contributor to the NewsMagazine published by the Advertising Photographers of America, Los Angeles Chapter.

**ASMP**
Articles published in several publications of the American Society of Media Photographers

**Photo Media**
"Get Down to Business" Fall, 2000

## Articles on Jeff Sedlik, Sedlik Photography & Mason Editions

**Jazziz Magazine**
"The Jazz Image" January 1993

5



# SEDLIK

**Jazziz Magazine**
"Focus on Sedlik" January 1994

**Photographic**
"Jeff Sedlik" May 1995

**Computing News**
"Get Your Company on the Internet" June 26, 1998

**Success**
"The Jazz and Blues Masters" September 9, 1998

**PC Computing**
"Set Up Shop on the Internet in 60 Minutes or Less" September 1998

**APA NewsMagazine**
"Jeff Sedlik" December 1998, Volume 20, No. 4

**Entrepreneur's Home Office**
"Jeff Sedlik: Sharp Shooter" December 1998, Volume 1, No. 6

**APA News In Focus**
"An Interview with Photographer Jeff Sedlik" January 1999, Volume 8, No. 1

**Studio Photography and Design**
"Commercial Success: The Conceptual Photography of Jeff Sedlik" April 1999, Volume 2, Issue 4

**PC World**
"The Web and Your Business: Setting Up Shop Online" May 1999, Volume 7, No. 5

**APA NewsMagazine**
"The Life of a Shoot: From First Call to Final Billing" June 1999

**APA NewsMagazine**
"Studio Tour: Jeff Sedlik" September 1999

**Photo District News**
"Focus on Advertising: The Secret of Jeff Sedlik's Success" November 1999

**ASMP/CT News**
"Jeff Sedlik and the Ten Specific Steps Toward Making A Living Now and In the Future in Photography"
September 2002



# SEDLIK

## Professional Societies

### Picture Licensing Universal System (P.L.U.S.)
President and C.E.O.
Created trade organization dedicated to the development and implementation of international licensing standards in the photography, illustration, publishing, advertising, and graphic design industries. Directed recruitment of trade organizations and other interested parties worldwide and supervised development and implementation of licensing standards.

### Advertising Photographers of America / National
National President, 2000-2002
Elected to top position in commercial photography by industry leaders nationwide in June, 2000. Directed and supervised all operations of the largest trade organization representing commercial photographers, leading more than seventy volunteer board members located in all areas of the country. Advised federal and state legislators, and Senior Officials at the Small Business Administration and US Copyright Office.

### Advertising Photographers of America/Los Angeles Chapter
Board of Directors, APA/Los Angeles Chapter, 1998- 2002
Served as Board Member directing non-profit trade association representing commercial photographers in Los Angeles. Served on legal/legislative committee and events committee.

### Advertising Photographers of America
Member, 1987-Present

### Photography Instructors Education Association
Member

### Coalition of Visual Artists
Board Member, 2000-Present

## Teaching Experience

### Art Center College of Design, Pasadena, California
Faculty Member, 1996 – Present

Developed and implemented classes in technique and business. Teach independent study courses and workshops. Mentor graduating students, advise on portfolio development and new business management. Active member of Intellectual Property Committee and Licensing

7



# SEDLIK

Committee. Consulted with Business Curriculum Committee, reviewing and providing feedback on school's new business curriculum. Named "Great Teacher" by photography students and presented with Great Teacher Award, 1996.

## Other Teaching Experience: Workshops & Seminars

### 1977 – Present
Invited speaker/panelist at the industry's major trade shows, speaking on topics including copyright, licensing, self promotion, building an advertising photography business, stock photography and technical issues. Lectured on photography at LAUSD Community Adult School. Speak before groups of photographers and creatives nationwide. Wrote and produced the APA "Real World" seminar series on topics ranging from estimating, to licensing, to producing. Participated in the development of Digital Imaging For Photographers, a leading seminar series dedicated to cutting- edge digital techniques and equipment.

## Foundation, Community Service and Charitable Work

### President, Warren King Foundation, 2000 - 2002
Created foundation providing endowed photography scholarships to promising photography students.  Produced a fundraising event attended by photographers, educators, government officials and media. Lobbied Los Angeles Unified School District to re-launch abandoned arts education programs in local schools. Arranged for a local arts teacher to receive a lifetime achievement award at the Kennedy Center.

### Boy Scouts of America, 1972-1977
Eagle Scout

## Other Community Service and Charitable Work

Conduct visiting lectures on the art and history of photography for elementary school students in the Los Angeles Unified and Pasadena Unified School Districts. Judge photography exhibitions at the high school, college, and amateur, and professional levels. Photograph pro-bono or reduced-fee public service campaigns for charitable organizations such as the LA Times "Reading by Nine" program, Jewish Family Services, Motion Picture and Television Fund, United Way, and others. Volunteered time to leadership in the Boy Scouts and public schools. Donated original photographic prints to each of the Focus On Aids annual fundraising auctions 1987-2003, Woodcraft Rangers, Pediatric Aids Foundation and other vital charitable organizations.

8



# SEDLIK

## Education

### Continuing Education
1986-Present
Attend workshops and seminars on business, legal and technical issues affecting photographers, with an emphasis on intellectual property, business management, stock photography, and digital technology courses. Participate in debates and moderate on-line discussions on the future of the industry. Consult with manufacturers and distributors in testing new equipment to stay abreast of the latest developments in digital imaging technologies.

### Art Center College of Design, Pasadena, California
BFA, Photography, with strong emphasis in Film 1983-1986

### University of California at Santa Barbara
1980-1983
Liberal Studies major with emphasis in Art, Art History, Economics, Business Management.

### Reseda High School
1977-1980
Studied photography under renowned instructor Warren King in specialized occupational photography program. Awarded High Honors by Los Angeles Unified School District. Named Top Industrial Arts Student in Los Angeles. Selected as one of the top three photography students in the nation, awarded Scholastic/Eastman Kodak Scholarship.