USDC SCAN INDEX SHEET

















CAG    8/31/04    15:37

3:02-CV-02028   MASTERSON MARKETING V. KSL RECREATION CORP

*134*

*NTCF.*

ORIGINAL
FILED

1  SONNENSCHEIN NATH & ROSENTHAL LLP
   LAURA A. WYTSMA (State Bar No. 189527)
2  AZNIV KSACHIKYAN (State Bar No. 204479)
   601 South Figueroa Street, Suite 1500
3  Los Angeles, California 90017-5704
   Telephone: (213) 623-9300
4  Facsimile: (213) 623-9924

5  Attorneys for Defendant
   Quikbook, Inc.

6

7

8

9

'04 AUG 30  AM 10: 20

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

BY FAX

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  MASTERSON MARKETING, INC., a California Corporation, | Case No. 02 CV 02028 K (LAB) |
| 11 | |
| 12                          Plaintiff, | The Honorable Judith N. Keep |
| 13                v. | DEFENDANT QUIKBOOK, INC.'S EXPERT DESIGNATION |
| 14  KSL RECREATION CORPORATION, a Delaware Corporation, et al., | |
| 15 | |
| 16                          Defendants. | |
| 17 | |
| 18  AND RELATED CROSS-CLAIMS | |
| 19 | |

20

21

22

23

24

25

26

27

28  ORIGINAL

CR

134

SONNENSCHEIN NATH & ROSENTHAL
601 SOUTH FIGUEROA STREET, SUITE 1500
LOS ANGELES, CALIFORNIA 90017
(213) 623-9300

1    Quikbook reserves the right to rely on any expert testimony, or any expert

2    opinion or other evidence, presented by any party in this litigation, and further

3    reserves the right to supplement its designation in the event that any party

4    withdraws an existing designation, makes any additional designations, or

5    otherwise modifies an existing designation.

6

7    Dated: August 27, 2004          SONNENSCHEIN NATH & ROSENTHAL LLP
                                      LAURA A. WYTSMA
8                                     AZNIV KSACHIKYAN

9

10

11   By _____
                 Laura A. Wytsma
12               Attorneys for Defendant
                 QUIKBOOK, INC.
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SONNENSCHEIN NATH & ROSENTHAL
601 SOUTH FIGUEROA STREET, SUITE 1500
LOS ANGELES, CALIFORNIA 90017
(213) 623-9300

1

Defendant Quikbook, Inc.'s Expert Designation          Case No. 02 CV 02028 ...

1

## PROOF OF SERVICE

2    I am employed in the County of Los Angeles, State of California.  I am

3    employed by Sonnenschein Nath & Rosenthal, 601 South Figueroa Street, Suite

4    1500, Los Angeles, California 90017. I am over the age of 18 and not a party to

5    this action.  On  August 27, 2004, I served the foregoing document entitled

6    **DEFENDANT QUIKBOOK, INC.'S EXPERT DESIGNATION** on the

7    parties in said action as follows:

8        Grant G. Teeple, Esq.

9        Stephanie Chmura, Esq.
         GAGE TEEPLE, LLP

10       9255 Towne Centre Drive, Suite 500

11       San Diego, California 92121
         **Facsimile No.:  (858) 622-0411**

12

13   **[X] (VIA MAIL)**  I served a true copy of the within document on the

14   plaintiff in this action by placing a true copy thereof addressed to the addressee,

15   enclosed in a sealed envelope with postage thereon fully prepared in the United

16   States mail at Los Angeles, California.

17   **[X] (VIA FACSIMILE)** I caused a true copy of the within document to be

18   served by facsimile transmission to the plaintiff at the facsimile number listed.  A

19   transmission report was properly issued by the sending facsimile machine.

20   I declare that I employed in the office of a member of the bar of this court

21   at whose direction the service was made.

22   I declare under penalty of perjury that the foregoing is true and correct.

23   Executed August 27, 2004, at Los Angeles, California.

24

25

26   

27                                          Ranja Madso

28

---

Defendant Quikbook, Inc.'s Expert Designation

2

Case No. 03 CV-02028 ...

1

2      **PROOF OF SERVICE**

      I am employed in the County of Los Angeles, State of California. I am

3 employed by Sonnenschein Nath & Rosenthal, 601 South Figueroa Street, Suite

4 1500, Los Angeles, California 90017. I am over the age of 18 and not a party to

5 this action. On August 27, 2004, I served the foregoing document entitled

6 **DEFENDANT QUIKBOOK, INC.'S EXPERT DESIGNATION** on the

7 parties in said action as follows:

8      **PLEASE SEE ATTACHED SERVICE LIST**

9

      **[X] (VIA MAIL)** I served a true copy of the within document on the

10 plaintiff in this action by placing a true copy thereof addressed to the addressee,

11 enclosed in a sealed envelope with postage thereon fully prepared in the United

12 States mail at Los Angeles, California.

13

      **[ ] (VIA FACSIMILE)** I caused a true copy of the within document to be

14 served by facsimile transmission to the plaintiff at the facsimile number listed. A

15 transmission report was properly issued by the sending facsimile machine.

16

17       I declare that I employed in the office of a member of the bar of this court

18 at whose direction the service was made.

19       I declare under penalty of perjury that the foregoing is true and correct.

20       Executed August 27, 2004, at Los Angeles, California.

21

22

23 

                         Ranja Madso

24

25

26

27

28

SONNENSCHEIN NATH & ROSENTHAL
601 SOUTH FIGUEROA STREET, SUITE 1500
LOS ANGELES, CALIFORNIA 90017
(213) 623-9300

3

## SERVICE LIST

| | |
|---|---|
| Harold W. Hopp | Defendants |
| Quinn Emanuel Urquhart Oliver & Hedges, LLP | KSL Recreation Corporation |
| 45-025 Manitou Drive, Suite 8 | KSL Biltmore Resort and Spa |
| Indian Wells, California 92210 | Jobbing.com |
| | Gannett, Inc. |
| | America West Vacations |
| Telephone:  (760) 345-4747 | Spa Finder |
| Facsimile:  (760) 345-2414 | Spring Training Tours; |
| Email:  haroldhopp@quinnemanuel.com | American Express Travel Related Services Company, Inc. |
| | Internetwork Publishing Corporation |

James W. Seegers
Kevin W. Shaughnessy
Akerman, Senterfitt
255 South Orange Avenue
P.O. Box 231
Orlando, Florida 32801-3483

Telephone: (407) 843-7860
Facsimile:  (407) 843-6610
Email:  JSeegers@Akerman.com

Defendant Hello, USA

Michael Rhodes
Andrea Bitar
Cooley Godward LLP
4401 Eastgate Mall
San Diego, California 92121-1909

Telephone:  (858) 550-6000
Facsimile:  (858) 550-6420

Defendant Hello, USA

Diann H. Kim
Kathryn E. White
Overland Borenstein Scheper & Kim LLP
300 South Grand Avenue, Suite 2750
Los Angeles, California 90071-3144

Telephone:  (213) 613-4655
Facsimile:  (213) 613-4656

Defendant Orbitz

SONNENSCHEIN NATH & ROSENTHAL
601 SOUTH FIGUEROA STREET, SUITE 1500
LOS ANGELES, CALIFORNIA 90017
(213) 623-9300

---

Defendant Quikbook, Inc.'s Expert Designation

Case No. 02 CV 02028 K (AJB)

| | | |
|---|---|---|
| 1 | Jeremy Singer | E&H Defendants: |
| 2 | Richard I. Singer Law Offices, A.P.C.<br>438 Camino Del Rio South, Suite 201 | Expedia, Inc. |
| 3 | San Diego, California 92108 | Hotels.com<br>Carlson Leisure Group |
| 4 | Telephone: (619) 543-8190 | Hotel Discounts, L.P. |
| 5 | Facsimile:  (619) 543-8195<br>Email: jms@rsinger.com | Hotel Reservations Network<br>Any Hotel Anywhere |
| 6 | | Travel Golf West<br>World Res, Inc. |
| 7 | | Classic Customs Vacations |
| 8 | | ClickCity.com<br>Epinions |
| 9 | | Fares R Us<br>Groovy Travel |
| 10 | | The Travel Company Corporation |
| 11 | | Nota Bene Publishing, Ltd.<br>Absolute Engine, LLC |
| 12 | | Open World Limited |
| 13 | | Automatit, Inc.<br>Webtourist, AG |
| 14 | | |
| 15 | 30214132 | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

SONNENSCHEIN NATH & ROSENTHAL<br>601 SOUTH FIGUEROA STREET, SUITE 1500<br>LOS ANGELES, CALIFORNIA 90017<br>(213) 623-9300

5