USDC SCAN INDEX SHEET

















RYC   11/24/04   16:26
3:02-CV-02028   MASTERSON MARKETING V. KSL RECREATION CORP
*139*
*STIPO.*

1    Grant G. Teeple, Esq. (SB #144760)
     Stephanie Chmura, Esq. (SB #220090)
2    GAGE TEEPLE, LLP
     9255 Towne Centre Drive, Suite 500
3    San Diego, CA 92121
     Telephone: (858) 622-7878
4    Facsimile: (858) 622-0411

5    Attorneys for Plaintiff

   04 NOV 23 PH 2: 54

   BY:           DEPUTY

6

7           **NUNC PRO TUNC**
           **OCT 2 2 2004**

8          **U. S. DISTRICT COURT**

9       **SOUTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| MASTERSON MARKETING, INC. a California Corporation, | CASE NO: 02 CV 02028 L (LAB)<br>Judge: Honorable James Lorenz |
|        Plaintiffs, | **STIPULATION AND ORDER THEREON REGARDING EXPERT DESIGNATION REPORTS** |
|    vs. | |
| KSL RECREATION CORPORATION, a Delaware Corporation et al.<br>        Defendants. | |

IT IS HEREBY STIPULATATED by and between all parties, by and through their respective counsel, the following:

     1.     As discovery is not complete, the parties hereby stipulate to continue the date for expert designation disclosures until twenty-one (21) days after the Mandatory Settlement Conference, scheduled for December 1, 2004. As such, all expert designation disclosures will be due on December 22, 2004.

     2.     The parties will counter-designate any expert designation no later than January 14, 2005.

     3.     All expert reports are due no later than January 31, 2005.

///

*139*-1-

*(left margin, vertical)* Gage Teeple, LLP / 9255 Towne Centre Drive, Suite 500 / San Diego, CA 92121

4.     All depositions of experts may occur sixty (60) days after the parties receive any report.

Dated: October ___, 2004

By: _____
Grant G. Teeple, Esq.
Attorney for Plaintiff Masterson
Marketing, Inc.

Dated: October 7, 2004

By: _____
Harold Hopp, Esq.
Attorney for Defendants KSL Recreation
Corporation and KSL Biltmore, Inc.,
Jobbing.com, Gannett, Inc., American
West Vacations, Spa Finder, and Spring
Training Tours

IT IS SO ORDERED:

Dated: __10/22/04_____

_____
Honorable James Lorenz
Judge of the District Court

**WILLIAM McCURINE, JR.**
**U.S. MAGISTRATE JUDGE**

Cage Teeple, LLP
9255 Towne Centre Drive, Suite 500
San Diego, CA 92121

-2-