















```
RYC    12/27/04    11:42
3:02-CV-02028   MASTERSON MARKETING V. KSL RECREATION CORP
*151*
*SUPPL.*
```

Grant G. Teeple, Esq. (SB #144760)
Eric M. Hart, Esq. (SB #221860)
GAGE TEEPLE, LLP
9255 Towne Centre Drive, Suite 500
San Diego, CA 92121
Telephone: (858) 622-7878
Facsimile: (858) 622-0411

Attorneys for Plaintiff

FILED
DEC 23 2004
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

NUNC PRO TUNC

DEC 20 2004

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

L (BLM)

| | |
|---|---|
| MASTERSON MARKETING, INC. a California Corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> KSL RECREATION CORPORATION, a Delaware Corporation; *et al.* <br> Defendants. | CASE NO: 02 CV 02028 ~~K (LAB)~~ <br><br> PLAINTIFF MASTERSON MARKETING, INC.'S SUPPLEMENTAL DESIGNATION OF EXPERT WITNESSES <br><br> Judge: ~~Honorable Judith Keep~~ |

///
///
///
///
///
///
///

-1-

Supplemental Designation of Expert Witness                CASE NO: 02 CV 02028 K (LAB)

In addition to those expert witnesses previously designated, plaintiff MASTERSON MARKETYING, INC., designates the following persons as potential expert witnesses: Ed Masterson, and any other person(s) designated by any other party as an expert witness.

DATED: December 17, 2004                    GAGE TEEPLE, LLP

By: _____
Grant G. Teeple, Esq.
Eric M. Hart, Esq.
Attorneys for
MASTERSON MARKETING, INC.

-2-

Supplemental Designation of Expert Witness                    CASE NO: 02 CV 02028 K (LAB)

# PROOF OF SERVICE

STATE OF CALIFORNIA
COUNTY OF SAN DIEGO

I, Lisa Kimura, am employed in the County of San Diego, State of California. I am over the age of eighteen years and not a party to this action. My business address is 9255 Towne Centre Drive, Suite 500, San Diego, California 92121-3038. I am readily familiar with the business practices of GAGE TEEPLE, LLP, for collection and processing of correspondence for mailing with United States Postal Service. Such correspondence is deposited with the United States Postal Service the same day as it is placed for collection in the ordinary course of business at the address listed.

1. PLAINTIFF MASTERSON MARKETING, INC.'S SUPPLEMENTAL DESIGNATION OF EXPERT WITNESSES.
2. PROOF OF SERVICE BY MAIL.

on the interested parties to this action by placing true copies as follows:

| | |
|---|---|
| Harold W. Hopp, Esq.<br>Quinn Emanuel Urquhart Oliver & Hedges, LLP<br>45-025 Manitou Drive, Suite 8<br>Indian Wells, CA 92210 | Michael Rhodes<br>4401 Eastgate Mall<br>San Diego, CA 92121 |
| James Seegars<br>255 South Orange Ave<br>Orlando, FL 32802 | Jeremy M. Singer, Esq.<br>Richard I. Singer Law Offices, A.P.C.<br>438 Camino Del Rio South, Suite 201<br>San Diego, CA 92108 |
| Dianne H. Kim<br>Kathryn E. White<br>Overland Borenstein Scheper & Kim, LLP<br>300 South Grand Ave. Suite 2750<br>Los Angeles, CA 90071 | Harry V. McGahey<br>1532 Sixth Ave<br>San Diego, CA 92101 |
| Laura Wystma<br>Sonnenschein Nath et al<br>601 S Figueroa St #1500<br>Los Angeles, CA 90017 | |

___x___ BY U.S. MAIL: I caused such envelope with postage thereon fully prepaid to be placed in the Unites States Mail at San Diego, CA.

_____ BY PERSONAL SERVICE: I caused such envelope to be delivered by hand by an agent of CORPORATE COURIER to the office of the addressee as indicated above.

_____ BY FACSIMILE: I served true and correct copies by facsimile to the parties listed above. Said transmissions were reported complete and without error.
FACSIMILE NUMBER:                                    TIME:

_____ VIA FEDERAL EXPRESS: I served a true and correct copy enclosed in a sealed Federal Express envelope/package marked for next day delivery and caused such envelope to be deposited by an agent of CORPORATE COURIER in a Federal Express depository.

I declare under penalty of perjury, according to the laws of the State of California, that the foregoing is true and correct. Executed on December 17, 2004 at San Diego, California.

Lisa Kimura