# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASTERSON MARKETING, INC., | Civil No. 02-CV-2028-L(CAB) |
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO VACATE ALL PRETRIAL DATES [doc. #248]** |
| v. | |
| KSL RECREATION CORPORATION, *et al.*, | |
| Defendants | |

Good cause appearing, **IT IS ORDERED** granting the parties' joint motion to vacate all pretrial dates pending completion of the mandatory settlement conference. **IT IS FURTHER ORDERED** that the mandatory settlement conference shall be held before Magistrate Judge Cathy A. Bencivengo on May 22, 2007. If the matter does not settle at that time, the magistrate judge will issue new pretrial dates.

**IT IS SO ORDERED.**

DATED: May 3, 2007

M. James Lorenz
United States District Court Judge

COPY TO:

HON. CATHY ANN BENCIVENGO
UNITED STATES MAGISTRATE JUDGE
ALL PARTIES/COUNSEL

02CV2028