UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASTERSON MARKETING, INC.,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>KSL RECREATION CORPORATION, et al.,<br><br>　　　　　　　　　　　Defendants.<br><br>And related cross-actions. | Civil No.    02cv2028-L (CAB)<br><br>***FIFTH REVISED*** **CASE MANAGEMENT CONFERENCE ORDER REGULATING DISCOVERY AND OTHER PRETRIAL PROCEEDINGS**<br>　　**(Fed. R. Civ. P. 16)**<br>　　**(Local Rule 16.1)**<br>　　**(Fed. R. Civ. P. 26)** |

　　　　On June 6, 2007, the Court held a Mandatory Settlement Conference. The case did not settle. Therefore, the Court issues the following pretrial dates:

　　　　1.　　Despite the requirements of Civil Local Rule 16.1(f), neither party is required to file Memoranda of Contentions of Fact and Law at any time. The parties shall instead focus their efforts on drafting and submitting a proposed pretrial order by the time and date specified by Local Rule 16.1(f)(6).

　　　　2.　　All parties or their counsel shall also fully comply with the Pretrial Disclosure requirements of Fed. R. Civ. P. 26(a)(3) on or before **June 25, 2007**. **Failure to comply with these disclosures requirements could result in evidence preclusion or other sanctions under Fed. R. Civ. P. 37.**

　　　　3.　　Counsel shall meet together and take the action required by Local Rule 16.1(f)(4) on or before **July 2, 2007**. At this meeting, counsel shall discuss and attempt to enter into stipulations and

agreements resulting in simplification of the triable issues. Counsel shall exchange copies and/or display all exhibits other than those to be used for impeachment. The exhibits shall be prepared in accordance with Local Rule 16.1(f)(4)(c). Counsel shall note any objections they have to any other parties' Pretrial Disclosures under Fed. R. Civ. P. 26(a)(3). Counsel shall cooperate in the preparation of the proposed pretrial conference order.

4. The proposed final pretrial conference order, including objections they have to any other parties' Fed. R. Civ. P. 26(a)(3) Pretrial Disclosures shall be prepared, served and lodged with the Clerk of the Court on or before **July 16, 2007**, and shall be in the form prescribed in and in compliance with Local Rule 16.1 (f)(6). Counsel shall also bring a court copy of the pretrial order to the pretrial conference.

5. All motions regarding the admissibility of expert testimony under *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993) and related cases shall be FILED on or before **July 16, 2007**.

6. The final pretrial conference shall be held before the **Honorable M. James Lorenz**, United States District Court Judge, on **July 23, 2007**, at **11:00 a.m.**

7. **The dates and times set forth herein will not be further modified.**

8. Plaintiff's counsel shall serve a copy of this order on all parties that enter this case hereafter.

**IT IS SO ORDERED.**

DATED: June 15, 2007

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge