|    |    |
|----|----|
| 1  |    |
| 2  |    |
| 3  |    |
| 4  |    |
| 5  |    |
| 6  |    |
| 7  |    |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| MASTERSON MARKETING, INC., <br><br>  Plaintiff, <br><br> v. <br><br> KSL RECREATION CORPORATION, et al., <br><br>  Defendants. <br><br> And related cross-actions. | Civil No.   02cv2028-L (CAB) <br><br> **ORDER REGARDING PRE-TRIAL PREPARATION; SETTING HEARING DATE AND BRIEFING SCHEDULE FOR IN LIMINE MOTIONS AND/OR MOTIONS RE ADMISSIBILITY OF EXPERT TESTIMONY** |
|---|---|

On October 18, 2007, the Court held a telephonic status hearing.  Grant Teeple, Esq., appeared for plaintiff.  Bruce Van Dalsem, Esq., and Stan Karas, Esq., appeared for defendant KSL Recreation.  The parties submitted a proposed Pre-Trial Order consenting to trial before the undersigned.  Counsel were instructed to submit, in a prompt manner, the appropriate consent form signed by all parties to the Clerk of the Court.

Contingent upon the submission of the consent form, the Court hereby orders that all motions in limine and any motions regarding the admissibility of expert testimony under <u>Daubert v. Merrell Dow Pharmaceuticals, Inc</u>, 509 U.S. 579 (1993) and related cases will be heard on **December 13, 2007,** at **11:00 a.m.** in Courtroom E.  Motions must be filed on or before **November 5, 2007.**  Opposition briefs must be filed no later than **November 19, 2007.**  Reply briefs must be filed no later than **December 5, 2007.**

The parties are reminded that if they desire to use technical equipment for presentations during

any hearings or the trial, they must make the necessary arrangements in advance.

**IT IS SO ORDERED.**

DATED: October 29, 2007

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge