UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASTERSON MARKETING, INC.,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>KSL RECREATION CORPORATION, et al.,<br><br>　　　　　　　　　　　　Defendants.<br><br>And related cross-actions. | Civil No.　02cv2028-L (CAB)<br><br>**ORDER FOLLOWING 1-16-08 TELEPHONIC HEARING REGARDING EXPERT TESTIMONY ISSUES** |

　　　　On January 16, 2008, the Court held a telephonic conference regarding expert testimony issues. Grant Teeple, Esq., appeared for plaintiff. Bruce Van Dalsem, Esq., Stan Karas, Esq., David Qunito, Esq., and Jeremy Singer, Esq., appeared for defendants. The issue in dispute involved the scope of any expert opinion plaintiff Ed Masterson could offer at trial and deposition scheduling regarding opinion testimony. After hearing the arguments of counsel, **IT IS HEREBY ORDERED THAT**:

　　　　1. Mr. Masterson may offer opinions about the alleged similarities between his copyright protected photo and the Squaw Peak photograph he asserts was not the subject of the summary judgment motion. He is not to offer expert opinion testimony regarding damages related to the use of this photograph as he was not designated as an expert in damages. Mr. Masterson shall make himself available for deposition no later than January 25, 2008, on this topic of infringement.

2. Defendant's expert, Mr. Gerald Bybee, shall make himself available for deposition no later than January 25, 2008, to provide his opinions on whether the Squaw Peak photograph plaintiff asserts was not the subject of the summary judgment motion infringes Mr. Masterson's copyright.

3. As the Court set forth in its Order dated December 14, 2007 [Doc. No. 283], Mr. Jeff Sedlick may offer testimony regarding damages attributable to the use of the Squaw Peak photograph if the Court determines the photograph infringes Mr. Masterson's copyright.  Mr. Sedlick shall submit a supplemental damages report no later than January 23, 2008, to bring current his analysis of the damages attributable to the alleged unauthorized use of the Squaw Peak photograph and to comport with the parties' stipulation regarding the scope of the damage period.  Mr. Sedlick shall make himself available for deposition no later than January 31, 2008, on his supplemental report if requested by defendants.

Failure to comply with these dates will result in the exclusion of the testimony on these subjects at trial.

**IT IS SO ORDERED.**

DATED:  January 17, 2008

_____
CATHY ANN BENCIVENGO
United States Magistrate Judge